# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Ragen Alizabeth Trotter Gee | ) |
| *Plaintiff* | ) |
| v. | ) |
| Andrew Saul, Commissioner of Social Security | ) |
| Administration | ) |
| *Defendant* | ) |

Civil Action No.: 4:17-3298-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: The Court reverses the decision of the Commissioner and remands the action for further

administrative proceedings.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs,  United States District Judge, who accepted the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:      February 21, 2020

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*